Commonwealth *v.* Smondrowski, Appellant.

Submitted May 5, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*William J. Brady,* for appellant.

634

*James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 27, 1969:

Order affirmed. Cf. Act of March 31, 1860, P. L. 427, §20, 19 P.S. §351; *Commonwealth ex rel. Stevens v. Myers,* 398 Pa. 23, 156 A. 2d 527 (1959); and, *Commonwealth v. Bruno,* 316 Pa. 394, 175 Atl. 518 (1934).